# United States Court of Appeals for the Federal Circuit

CORRECTED:  AUGUST 1, 2006

06-1080

LEAR SIEGLER SERVICES, INC.,

Appellant,

v.

Donald H. Rumsfeld, SECRETARY OF DEFENSE,

Appellee.

Daniel B. Abrahams, Epstein Becker & Green, P.C, of Washington, DC, argued for appellant.  With him on the brief was Shlomo D. Katz.

Marla T. Conneely, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee.  With her on the brief were Peter D. Keisler, Assistant Attorney General; David M. Cohen, Director; and James M. Kinsella, Deputy Director.  Of counsel on the brief was John T. Lauro, Department of the Air Force, Air Force Legal Services Agency, of Arlington, Virginia.

Terry R. Yellig, Sherman, Dunn, Cohen, Leifer & Yellig, P.C., of Washington, DC, for amicus curiae International Association of Machinists and Aerospace Workers, AFL-CIO.

Mark D. Colley, Holland & Knight LLP, of Washington, DC, for amicus curiae Professional Services Council.  With him on the brief were David P. Metzger, Kara L. Daniels, and Eric L. Yeo.

Appealed from:  United States Armed Services Board of Contract Appeals